UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-131-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | AMENDED |
| v. | ) | ORDER |
| | ) | |
| DESMOND SIMPSON | ) | |

Upon the Government's motion, over the objection of the defendant, and for good cause shown, the Government's motion to continue the arraignment is ALLOWED. The arraignment in this matter is hereby CONTINUED for ninety days.

The intervening time shall be excluded from the speedy trial computation pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

SO ORDERED. This the 12 day of May, 2014.

TERRENCE W. BOYLE
United States District Court Judge