UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:13-CR-131-1BO

United States of America
      vs.                            ORDER
Desmond Simpson


IT IS HEREBY ORDERED that the following Defendant Exhibit(s) be returned to <u>Graham Hollett</u>, with the Federal Public Defender's office and remain in his custody through any proceeding on appeal or review.

<u>Defendant's Exhibit: # 4 - BB Gun</u>

This <u>30th</u> day of September, 2014 - Exhibit received by:

*GRAHAM Hollett*
Print name

*[signature]*
Sign name


September <u>30th</u>, 2014

*[signature]*
TERRENCE W. BOYLE, US District Judge