IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-cr-131-BO-1
No. 7:17-cv-216-BO

| | |
|---|---|
| DESMOND SIMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This cause comes before the Court sua sponte. For the continued efficient administration of justice, the stay previously imposed in this matter is LIFTED. The parties are DIRECTED to file supplemental briefing in support of or in opposition to the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 not later than October 31, 2019.

SO ORDERED, this 5 day of October, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE